

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Martin Marietta Materials, Inc., and
Alejandro Gallegos Mejorado

No. 06-24-00003-CV

Original Mandamus Proceeding

Panel consists of Chief Justice Stevens and
Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
van Cleef.

As stated in the Court's opinion of this date, we find that Relators are not entitled to the relief sought. Therefore, we deny the petition.

RENDERED MARCH 12, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk